**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01272-CV

**MICKEY TURNER, Appellant**

**V.**

**NICOLE ROBERSON, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-05790-Y**

## ORDER

Appellant Mickey Turner's January 11, 2013 motion to render decision is **DENIED** as moot.

/s/      DAVID L. BRIDGES
          JUSTICE